**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| EDDIE HEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00047-SRC |
| | ) |
| ANNE L. PRECYTHE, | ) |
| | ) |
| Defendant. | ) |

**Memorandum and Order**

This matter comes before the Court on its own motion. Plaintiff Eddie Head has filed a civil action pursuant to 42 U.S.C. § 1983.  However, he has not filed a motion for leave to proceed in forma pauperis or paid the filing fee.  The Court orders Head to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order.  Failure to timely comply with this order will result in the dismissal of this action with prejudice and without further notice.

Accordingly, the Court orders that the Clerk of Court shall send to Head a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.  The Court further orders that Head must either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order.  If Head fails to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

So Ordered this 3rd day of August 2021.

*SLR. CC*

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**